## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the overtime lawsuit in which this consent is filed.

*Ann Marie Mang* (DocuSigned by: E6169C51314A2...)
Signature

5/31/2019
Date

Ann Marie Mang
Printed Name