## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the overtime lawsuit in which this consent is filed.

_____  5/31/2019
Signature                          Date

Joy Scott
_____
Printed Name