## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the overtime lawsuit in which this consent is filed.

DocuSigned by:
*Pamella Chura*
Signature 6048574084D6...

6/3/2019
Date

Pamella Chura
Printed Name