# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 19 CIV. 4027                                  Date Filed: 7/12/2019

**Plaintiff:**
**Necole Rotthoff, and all others similarly situated**
vs.
**Defendant:**
**New York State Catholic Health Plan, Inc. d/b/a Fidelis Care New York,**
**et al.**

**State of New York, County of Albany)ss.:**

Received by THE SERVINATOR, INC. to be served on **New York State Catholic Health Plan, Inc.**.

I, James Boland, being duly sworn, depose and say that on the **29th day of August, 2019 at 4:05 pm,** I:

Served New York State Catholic Health Plan, Inc. by delivering two true copies of the **Summons in a Civil Aciton and Class and Collective Action Complaint pursuant to section 306 NFPCL together with statutory service fee in the amount of $40.00** to Sue Zouky as Business Document Specialist 2 of the Secretary of State of the New York State Department of State, 99 Washington Avenue, Albany, NY, 12207, the Secretary of State of the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served:  Age: 65,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 150,  Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

**James Boland**
Process Server

Subscribed and Sworn to before me on the 17th day of September, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC
PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified In Albany County
My Commission Expires February 28, _____

THE SERVINATOR, INC.
41 State Street
Suite M101
Albany, NY  12207
(518) 432-7378
Our Job Serial Number: 2019003236

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x