UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

NECOLE ROTTHOFF, AND ALL
OTHERS SIMILARLY SITUATED,

    Plaintiffs,

-against-

NEW YORK STATE CATHOLIC
HEALTH PLAN, INC. d/b/a FIDELIS
CARE NEW YORK, CENTENE
CORPORATION, CENTENE
MANAGEMENT COMPANY, LLC,
NEW YORK QUALITY
HEALTHCARE CORPORATION f/k/a
CENTENE ACQUISITION
CORPORATION, AND CENTENE
COMPANY OF NEW YORK, LLC,

    Defendants.

Civ. No.: 19 Civ. 4027 (AMD)

---------------------------------------------------------------X

## STIPULATION FOR DISMISSAL WITH PREJUDICE

It hereby is STIPULATED AND AGREED, by and between Plaintiffs Necole Rotthoff, Rebecca Hutchinson, Terri-Ann McLean, Ann Marie Mang, Joy Scott, Pamella Chura, Heather Savage, Ryan Westler, Molly Case, Ryan Green, and Gitah Brown-Wasser (collectively, "Plaintiffs"), and the Defendants sued herein as New York State Catholic Health Plan, Inc. d/b/a Fidelis Care New York, Centene Corporation, Centene Management Company, LLC, NY Quality Healthcare Corporation f/k/a Centene Acquisition Corporation, and Centene Company of New York, LLC ("Defendants"), through their undersigned attorneys, who are authorized to enter into this Stipulation, that the above-captioned case be dismissed in its entirety and with prejudice, with each party to bear its own attorneys' fees, costs, and expenses, except as otherwise provided in the

1

Parties' Settlement Agreement and Release ("Settlement Agreement"), pursuant to the Parties' Settlement Agreement and this Court's Order (Dkt. 66). Plaintiffs are permanently barred from prosecuting against the Released Parties (as that term is defined in the Parties' Settlement Agreement) any individual or class claims that are released by the Parties' Settlement Agreement.

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that ~~the Court shall retain jurisdiction with respect to the interpretation, implementation, and enforcement of the terms of the Settlement Agreement and all orders and judgments entered in connection therewith;~~ and all Parties and their counsel submit to the jurisdiction of the Court for purposes of interpreting, implementing, and enforcing the terms of the Settlement Agreement and all orders and judgments entered in connection therewith.

| WERMAN SALAS P.C.<br>*ATTORNEYS FOR PLAINTIFFS*<br><br>77 W. Washington St,, Suite 1402<br>Chicago, Il. 60602<br><br>By:   s/Maureen A. Salas<br>       MAUREEN A. SALAS<br><br>Dated: May 10, 2021<br><br>Douglas M. Werman*<br>Maureen A. Salas*<br>WERMAN SALAS P.C.<br>77 W. Washington St., Suite 1402<br>Chicago, Illinois 60602<br>Telephone: (312) 419-1008<br>dwerman@flsalaw.com<br>msalas@flsalaw.com<br>*Pro hac vice*<br><br>Troy L. Kessler, Esq.<br>Garrett Kaske, Esq.<br>SHULMAN KESSLER LLP | LITTLER MENDELSON, P.C.<br>*ATTORNEYS FOR CENTENE CORPORATION,*<br>*CENTENE MANAGEMENT COMPANY, LLC,*<br>*NY QUALITY HEALTHCARE, CENTENE*<br>*ACQUISITION CORPORATION AND*<br>*CENTENE COMPANY OF NEW YORK, LLC*<br><br>375 Woodcliff Drive,<br>Suite 2D<br>Fairport, NY 14450<br><br>By: s/Jessica Pizzutelli<br>      JESSICA PIZZUTELLI<br><br>Dated: May 10, 2021<br><br>Craig R. Benson<br>LITTLER MENDELSON, P.C.<br>900 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 583-9600<br><br>Jessica F. Pizzutelli<br>LITTLER MENDELSON, P.C. |

| | |
|---|---|
| 534 Broadhollow Road, Ste. 275<br>Melville, NY 11747<br>Telephone: (631) 499-9100<br>tkessler@shulmankessler.com<br>gkaske@shulmankessler.com | 375 Woodcliff Drive, Suite 2D<br>Fairport, NY 14450<br>585.203.3400<br><br>EPSTEIN BECKER GREEN<br>*ATTORNEYS FOR NEW YORK STATE CATHOLIC HEALTH PLAN, INC.*<br><br>875 Third Avenue<br>New York, NY 10022<br><br>By:   s/Jeffrey H. Ruzal<br>         JEFFREY H. RUZAL<br><br>Dated: May 10, 2021<br><br>Jeffrey H. Ruzal<br>Kenneth W. DiGia<br>EPSTEIN BECKER GREEN<br>875 Third Avenue<br>New York, NY 10022<br>Telephone (212) 351-3762<br>jruzal@ebglaw.com<br>kdigia@ebglaw.com |

SO ORDERED

s/Ann M. Donnelly
_____